# United States Court of Appeals for the Federal Circuit

---

November 20, 2018

**ERRATA**

---

Appeal No. 2018-1404

**ANCORA TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**HTC AMERICA, INC., HTC CORPORATION,**
*Defendants-Appellees*

Decided: November 16, 2018
Precedential Opinion

---

Please make the following changes:

Page 12, line 34, change "the claimed" to --one claimed--

Page 12, line 35, change "of a virus-screening" to --of virus screening--

Page 13, line 17, change "*Symantec* is" to --*Symantec* is--